# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED L. CROSS, | CASE NO. CV F 10-0680 LJO DLB |
| Plaintiff, | **ORDER ON PLAINTIFF'S NOTICE TO COURT** |
| vs. | (Doc. 36.) |
| PAY IT FORWARD ANIMAL WELFARE NETWORK, INC., et al., | |
| Defendants. | |

On August 24, 2010, plaintiff filed his document entitled "Notice to the Court as to Dates Set by the Court" in which plaintiff assumes that this Court has not ruled on personal jurisdiction. Plaintiff's assumption is wrong. This Court's August 6, 2010 order dismissed this action in absence of personal jurisdiction over defendants, denied plaintiff an extension to respond to the July 21, 2010 order to show cause, and vacated the August 5, 2010 order to grant an extension to respond to the order to show cause. In short, no issues remain with this Court, and this Court intends to set no further dates, such as, a scheduling conference.

IT IS SO ORDERED.

Dated:    **August 26, 2010**                  **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE